**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LATOSHA MOORE-HARRIS**                                                                                   **PLAINTIFF**

v.                                    **Case No. 5:15-cv-00375 KGB**

**CITY OF PINE BLUFF, ARKANSAS,** *et al.*                                                         **DEFENDANTS**

## ORDER

Before the Court is a motion to dismiss with prejudice based on settlement filed by separate defendants Veronica Young and Althea Hadden, in their individual and official capacities, and the City of Pine Bluff, Arkansas (Dkt. No. 26). Separate defendants represent that, due to full and final settlement of the entirety of the litigation involving all parties, this matter should be dismissed with prejudice. The Court grants the motion (Dkt. No. 26). This action is dismissed with prejudice.

So ordered this the 23rd day of February, 2017.

_____
Kristine G. Baker
United States District Judge